No. 84–1210. Spradley v. United States. C. A. 11th Cir. Certiorari denied.

No. 84–1260. Yamanis v. United States;
No. 84–1261. Yamanis v. United States; and
No. 84–6104. Calise v. United States. C. A. 11th Cir. Certiorari denied. Reported below: 744 F. 2d 1508.

No. 84–1306. Baker v. Baker. Sup. Jud. Ct. Me. Certiorari denied.

No. 84–1345. Town Pump, Inc. v. Brock, Secretary of Labor. C. A. 9th Cir. Certiorari denied.

No. 84–1348. Eikenberry, Attorney General of Washington v. Standard Oil Company of California et al. C. A. 9th Cir. Certiorari denied.

No. 84–1369. Manhattan Coffee Co. v. International Brotherhood of Teamsters, Chauffeurs, Warehousemen & Helpers of America, Local No. 688. C. A. 8th Cir. Certiorari denied.

No. 84–1416. Sumco Manufacturing Co., Inc., et al. v. National Labor Relations Board. C. A. 6th Cir. Certiorari denied.

No. 84–1420. Chicago Investment Corp. v. American National Bank & Trust Company of Chicago, Trustee, et al. C. A. 7th Cir. Certiorari denied.

No. 84–1446. Taca International Airlines, S.A. v. Air Line Pilots Assn., International, AFL–CIO. C. A. 5th Cir. Certiorari denied.

No. 84–1448. Lennon v. United States. C. A. 5th Cir. Certiorari denied.

No. 84–1452. Wisconsin's Environmental Decade, Inc., et al. v. State Bar of Wisconsin. C. A. 7th Cir. Certiorari denied.

No. 84–1453. KMA, Inc. v. City of Newport News. Sup. Ct. Va. Certiorari denied.